# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00640-CV

## In re Delarick W. Evans

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Delarick W. Evans has filed a petition for writ of mandamus naming as respondent the "Texas Bond Board". While Evans has styled his claim as one for mandamus relief, it is unclear from his petition which public official Evans seeks mandamus relief from or what he is asking this Court to order that official to do.

We have no jurisdiction to grant Evan's requested relief. By statute, except as necessary to enforce our jurisdiction, this Court lacks authority to issue a writ of mandamus against anyone other than "a judge of a district, statutory county, statutory probate county, or county court" in our appeals district. *See* Tex. Gov't Code § 22.221(a), (b); *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding) (per curiam). Evans has not demonstrated that the requested relief is necessary to enforce our appellate jurisdiction. Accordingly, we dismiss relator's petition for writ of mandamus.

_____

Chari. L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: October 18, 2024